CONLEW, INC., Appellant, *v.* IRVING NASH et al., Respondents, Impleaded with Another.

(Argued October 9, 1936; decided October 23, 1936.)

596

*Robert E. Shortall* and *Leonard G. Bisco* for appellant.
*Herbert S. Greenberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.